STATE OF CONNECTICUT *v.* DAVID JOHNSON
STATE OF CONNECTICUT *v.* DIANE MCINTOSH

The state of Connecticut's petition for certification for appeal from the Appellate Court, 22 Conn. App. 40, is granted, limited to the following issues:

"1. Should this court's holding in *State* v. *Kimbro,* 197 Conn. 219, be reconsidered?

"2. Did the Appellate Court correctly conclude that the probable cause established by the search warrant affidavit for April 2, 1987, was stale by April 7, 1987?"

*Timothy J. Sugrue,* assistant state's attorney, in support of the petition.

*Louis S. Avitabile,* special public defender, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* DAVID JOHNSON
STATE OF CONNECTICUT *v.* DIANE MCINTOSH

The defendant's cross petition for certification for appeal from the Appellate Court, 22 Conn. App. 40, is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the search warrant affidavit established probable cause on April 2, 1987?"

*Louis S. Avitabile,* special public defender, in support of the cross petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided September 18, 1990